UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRENDON LEE LANDS (#448561)
(a/k/a JOEY LANDS)

CIVIL ACTION

VERSUS

NUMBER 09-98-FJP-DLD

LYNN COOPER, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. §2244(d).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 14, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46692