UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


BRENDON LEE LANDS (#448561)
(a/k/a JOEY LANDS)
                              CIVIL ACTION

VERSUS
                              NUMBER 09-98-FJP-DLD

LYNN COOPER, ET AL


**J U D G M E N T**

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, dismissing the petitioner's application for habeas corpus relief, with prejudice, as untimely pursuant to 28 U.S.C. §2244(d).

Baton Rouge, Louisiana, April 14, 2010.

                                          FRANK J. POLOZOLA
                                          MIDDLE DISTRICT OF LOUISIANA

Doc#46692